| | |
|---|---|
| 1 | CHRISTOPHER C. COOKE (SBN 142342) |
| 2 | JEFFREY W. KOBRICK (SBN 225750) |
| | COOKE KOBRICK & WU LLP |
| 3 | 177 Bovet Road, Suite 600 |
| | San Mateo, CA 94422 |
| 4 | Email: ccooke@ckwlaw.com |
| 5 | jkobrick@ckwlaw.com |
| | Tel: (650) 638-2370 |
| 6 | Fax: (650) 350-4333 |
| 7 | Attorneys for Plaintiff |
| | STEPHEN S. HURST |

STEVEN W. THOMAS (SBN 168967)
EMILY ALEXANDER (SBN 220595)
MARK FORRESTER (SBN 208097)
THOMAS, ALEXANDER & FORRESTER LLP
14 27th Avenue
Venice, California 90291
Telephone: (310) 961-2536
Facsimile: (310) 526-6852
Email: steventhomas@tafattorneys.com
emilyalexander@tafattorneys.com
markforrester@tafattorneys.com

Attorneys for Defendants
FUTURESELECT PORTFOLIO MANAGEMENT, INC.,
FUTURESELECT PRIME ADVISOR II LLC,
ALDARRA FUND SPC and
RONALD C. WARD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN S. HURST, | ) Case No.: 3:11-CV-03364 SC |
| | ) |
| Plaintiff, | ) **STIPULATION AND [PROPOSED]** |
| | ) **ORDER CHANGING DATE OF INITIAL** |
| vs. | ) **CASE MANAGEMENT CONFERENCE** |
| | ) |
| FUTURESELECT PORTFOLIO | ) |
| MANAGEMENT INC., et. al, | ) |
| | ) |
| Defendants. | ) |

-1-

STIPULATION AND [PROPOSED] ORDER
Case No.: 3:11-CV-003364 SC

WHEREAS, on July 18, 2011, defendants filed a motion to dismiss this action;

WHEREAS, on August 8, 2011, plaintiff filed a motion to remand this action to the California Superior Court and asserts in this motion that the Court lacks subject matter jurisdiction over this action that is scheduled for a hearing on November 18, 2011;

WHEREAS, the Court has currently scheduled the parties' initial case management conference for November 18, 2011, which is also the hearing date for the parties' motions;

WHEREAS, the parties agree that it would be a more efficient and better use of the Court and the parties' resources if the Court issues a ruling on the pending motions before the parties have to prepare for and attend a case management conference;

IT IS HEREBY STIPULATED, by the parties, through their respective counsel, as follows:

1. The Case Management Conference set for November 18, 2011 at 10 a.m. in Courtroom No. 1, shall be continued until 10 a.m., January 27, 2012 in Courtroom No. 1;

2. The parties shall meet and confer in advance of the case management conference and file an ADR Certification and Stipulation regarding ADR process (or Notice of Need for ADR Conference) by no later than December 31, 2011, exchange their initial disclosures by no later than January 6, 2012 and submit a case management conference statement to the Court by no later than January 12, 2012. SO STIPULATED:

Dated: September 27, 2011     COOKE, KOBRICK, & WU LLP

By**:**_____/s/_____
   CHRISTOPHER C. COOKE
   Attorneys for Plaintiff

Dated: September 27, 2011     THOMAS, ALEXANDER & FORRESTER LLP

By**:**_____/s/_____
   EMILY ALEXANDER
   Attorneys for Defendants

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: __September 28, 2011__     _____
                                 The Hon. Samuel Conti
                                 UNITED STATES DISTRICT JUDGE



-2-

STIPULATION AND [PROPOSED] ORDER
Case No.: 3:11-CV-003364 SC

-3-

ATTESTATION OF CONSENT OBTAINED FROM SIGNATORIES

(GENERAL ORDER 45)

Pursuant to General Order 45, I hereby attest that I obtained the concurrence of all signatories on this document to file this document on their behalf with the Court. I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on September 27, 2011 _____/s/_____
Christopher Cooke